1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
5  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-6778
8      FAX: (415) 436-7234
       daniel.pastor@usdoj.gov
9
10 Attorneys for United States of America

11                         UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,           ) CASE NO. 19-00675 CRB
                                       )
15         Plaintiff,                  )
                                       ) **STIPULATION AMENDING PLEA**
16     v.                              ) **AGREEMENT BETWEEN THE UNITED**
                                       ) **STATES AND EDGAR ABRAHAM BARRAGAN**
17 EDGAR ABRAHAM BARRAGAN              ) **MENDOZA**
   MENDOZA,                            )
18                                     )  ORDER
                                       )
19         Defendant.                  )

20     IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through

21 its undersigned counsel, and Defendant Edgar Abraham Barragan Mendoza as follows:

22  1) On February 26, 2020, the defendant pleaded guilty to Count One, Count Two, and Count Three

23     of the Superseding Information pursuant to a plea agreement between the parties ("Plea

24     Agreement").  *See* ECF Nos. 17, 18.

25  2) Sentencing in the case is scheduled for May 28, 2020.

26  3) Pursuant to Paragraph 13 of the Plea Agreement, the parties agree and stipulate that the Plea

27     Agreement is modified as follows:  The sentence "I also agree not to seek relief under 18 U.S.C.

28

STIPULATION AMENDING PLEA AGREEMENT
CR 19-00675 CRB

§ 3582" in Paragraph 5 of the Plea Agreement is stricken.

3) All other provisions of the Plea Agreement (Dkt. 18) remain unchanged.

**IT IS SO STIPULATED.**

Dated: May 27, 2020							DAVID L. ANDERSON
								United States Attorney


								*/s/ Daniel Pastor*
								DANIEL PASTOR
								Assistant United States Attorney

Dated: May 27, 2020							*/s/ Arturo Hernandez**
								ARTURO HERNANDEZ
								Attorney for Defendant Edgar Abraham
								Barragan Mendoza

								*Defense counsel provided permission by phone for AUSA to add electronic signature on 05/27/20

Date: May 28, 2020

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AMENDING PLEA AGREEMENT
CR 19-00675 CRB